UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. SAMPLE, JR., | No. C 09-021 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SOLANO COUNTY SHERIFF'S OFFICE; et al., | |
| Defendants. | |

Charles E. Sample, Jr., filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the Solano County Jail in Fairfield, California. The jail is in Solano County, within the venue of the Eastern District of California. Defendants apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: January 20, 2009

Marilyn Hall Patel
United States District Judge